## Janice M. Prevost v. Frederick Prevost

[302 A.2d 603]

No. 117-72

Present: Shangraw, C.J., Barney, Smith, Keyser and Daley, JJ.

Opinion Filed February 22, 1973

*Free & Bernasconi,* Barre, for Plaintiff.

*Alan W. Cook, Esq.,* of *Richard E. Davis Associates,* Barre, for Defendant.

**Per Curiam.** The record is clear that the parties in the case were given notice by the court that the court was not satisfied with the support provisions of the stipulation they had submitted. Opportunity was given counsel to submit additional evidence in support of the stipulation and evidence was presented. On the authority of *Frink* v. *Frink,* 128 Vt. 531, 266 A.2d 820 (1970), the judgment is affirmed.